UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMY HOFFMEYER, as NEXT FRIEND of
J.H., a minor,

    Plaintiffs,

v.

    CASE NO. 1:21-cv-795

    HON. ROBERT J. JONKER

MOUNT PLEASANT PUBLIC SCHOOLS,
et al.,

    Defendants.
_____/

## **ORDER**

On September 14, 2021, Plaintiff filed a Complaint, which listed the full name of a minor as a party contrary to the redaction requirement of Fed.R.Civ.P. 5.2(a).

The Clerk of the Court shall place the Complaint (ECF. No 1) under restricted access. The Plaintiff shall re-file the Complaint in accordance with Fed.R.Civ.P. 5.2(a).

IT IS SO ORDERED.

Dated:   September 15, 2021      /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE